**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**William McKinley WILLIAMS,
Defendant—Appellant.**

No. 05–7299.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Jan. 3, 2006.

William McKinley Williams, Appellant Pro Se. Raymond Edward Patricco, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**PER CURIAM:**

William Williams appeals the district court's orders denying his motion filed under 18 U.S.C. § 3582(c) (2000) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams*, No. CR–00–119 (E.D.Va. Aug. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*